**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 1 6 2011**

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01678-BNB

WARREN DANIEL CLINTON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
E. ALEXANDER, Regional Administrator,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Warren Daniel Clinton, is a prisoner in the custody of the Federal Bureau of Prisons and is currently incarcerated at the United States Penitentiary Administrative Maximum in Florence, Colorado. Mr. Clinton initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement. He has been granted leave to proceed *in forma pauperis* without payment of an initial partial filing fee.

On July 7, 2011, Magistrate Judge Craig B. Shaffer reviewed the Complaint and determined that it was deficient because Mr. Clinton named improper parties and because he failed to allege the personal participation of all named Defendants. Therefore, Mr. Clinton was ordered to file an amended complaint and was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

On July 21, 2011, Mr. Clinton filed a document titled "Notice of Removal." The document is unintelligible and does not appear to request any relief from the Court. Moreover, Mr. Clinton has not filed an amended complaint, as directed by Magistrate Judge Shaffer, nor has he communicated with the Court since July 21, 2011. As a result, he has failed to file an amended pleading within the time allowed. Therefore, the Complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to file an amended pleading within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __16th__ day of ___August___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01678-BNB

Warren Daniel Clinton
Reg. No. 88766-020
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on August 16, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk